**Stricken language would be deleted from and underlined language would be added to present law.**

```
1   State of Arkansas
2   91st General Assembly                A Bill
3   Regular Session, 2017                                           SENATE BILL 37
4
5   By: Senator A. Clark
6
7                           For An Act To Be Entitled
8              AN ACT PERMITTING A CONCEALED CARRY LICENSEE TO
9              POSSESS A CONCEALED HANDGUN IN HIS OR HER EMPLOYER'S
10             PARKING LOT; AND FOR OTHER PURPOSES.
11
12
13                                   Subtitle
14              PERMITTING A CONCEALED CARRY LICENSEE TO
15              POSSESS A CONCEALED HANDGUN IN HIS OR HER
16              EMPLOYER'S PARKING LOT.
17
18
19   BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF ARKANSAS:
20
21       SECTION 1.  Arkansas Code § 5-73-306(18), concerning prohibited places
22   for the carrying of a concealed handgun, is amended to read as follows, is
23   amended to read as follows:
24           (18)(A)(i)  Any place at the discretion of the person or entity
25   exercising control over the physical location of the place by placing at each
26   entrance to the place a written notice clearly readable at a distance of not
27   less than ten feet (10') that "carrying a handgun is prohibited".
28                    (ii)(a)  If the place does not have a roadway
29   entrance, there shall be a written notice placed anywhere upon the premises
30   of the place.
31                         (b)  In addition to the requirement of
32   subdivision (18)(A)(ii)(a) of this section, there shall be at least one (1)
33   written notice posted within every three (3) acres of a place with no roadway
34   entrance.
35                    (iii)  A written notice as described in subdivision
36   (18)(A)(i) of this section is not required for a private home.
```

SB37

1                         (iv)  Any licensee entering a private home shall
2   notify the occupant that the licensee is carrying a concealed handgun.
3                   (B)  Subdivision (18)(A) of this section does not apply if
4   the physical location is:
5                         (i)  A public university, public college, or
6   community college, as defined in § 5-73-322, and the licensee is carrying a
7   concealed handgun as provided under § 5-73-322; ~~or~~
8                         (ii)  A publicly owned and maintained parking lot if
9   the licensee is carrying a concealed handgun in his or her motor vehicle or
10  has left the concealed handgun in his or her locked and unattended motor
11  vehicle~~.~~; or
12                        (iii)  A parking lot of a private employer and the
13  licensee is carrying a concealed handgun as provided under § 5-73-324.
14
15      SECTION 2.  Arkansas Code Title 5, Chapter 73, Subchapter 3, is amended
16  to add an additional section to read as follows:
17      5-73-324.  Licensee possession in private employer parking lot.
18      (a)  A private employer shall not prohibit an employee who is a
19  licensee from possessing a legally owned handgun in the person's private
20  motor vehicle when the handgun is locked inside the private motor vehicle in
21  the private employer's parking lot.
22      (b)  A private employer shall not prohibit or attempt to prevent an
23  employee who is a licensee from entering the parking lot of the private
24  employer's place of business because the employee's private motor vehicle
25  contains a handgun if the handgun is kept for lawful purposes and is out of
26  sight within the employee's private motor vehicle.
27      (c)  If the job duties of an employee who is a licensee include using
28  the employee's private motor vehicle to transport children or adults, the
29  handgun described in subsection (a) or subsection (b) of this section shall
30  be secured in a locked box that is stored out of sight.
31      (d)  If the private employer described in subsection (a) or subsection
32  (b) of this section is a facility that serves children or disabled adults,
33  the handgun described in subsection (a) or subsection (b) of this section
34  shall be secured in a locked box that is stored out of sight.
35      (e)  This section does not apply to a prohibited place specifically
36  listed in § 5-73-306(1)-(17).