Stricken language would be deleted from and underlined language would be added to present law.
Act 486 of the Regular Session

| | | |
|---|---|---|
| State of Arkansas | As Engrossed: H2/7/17 S3/1/17 | |
| 91st General Assembly | A Bill | |
| Regular Session, 2017 | | HOUSE BILL 1362 |

By: Representatives Payton, Ballinger, Baltz, Bentley, Brown, Capp, Collins, Dalby, Eubanks, Farrer, Gonzales, G. Hodges, Hollowell, Ladyman, Lemons, Lundstrum, Maddox, McCollum, Miller, Penzo, Pilkington, Richmond, Rye, Speaks, Vaught, Wardlaw, Watson, Wing

By: Senators Irvin, G. Stubblefield, Rice, *Collins-Smith*

### For An Act To Be Entitled
AN ACT CONCERNING THE RIGHTS OF A CONCEALED HANDGUN
LICENSEE; AND FOR OTHER PURPOSES.

### Subtitle
CONCERNING THE RIGHTS OF A CONCEALED
HANDGUN LICENSEE.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF ARKANSAS:

SECTION 1.  Arkansas Code Title 5, Chapter 73, Subchapter 3, is amended to add an additional section to read as follows:
5-73-324.  Firearm rights shall not be infringed.
(a)  A license to carry a concealed handgun issued under this subchapter shall not be denied, suspended, or revoked because a person was lawfully exercising his or her rights to carry a firearm under the United States Constitution, Amendment 2, the Arkansas Constitution, Article 2, § 5, or the Arkansas Code.
(b)  The Department of Arkansas State Police shall not promulgate any rule and shall amend any existing rule that would result in a licensee having his or her license to carry a concealed handgun suspended or revoked solely because he or she possessed a handgun and the possession was not in violation of any criminal offense or § 5-73-306.

01-26-2017 09:27:33 BPG134

As Engrossed: H2/7/17 S3/1/17 HB1362

1
2                    ***APPROVED: 03/14/2017***
3

2