**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. 4:22-cv-960-LPR |
| v. | ) | |
| | ) | |
| RANDY G. FRANKLIN, | ) | |
| | ) | |
| Defendant. | ) | |

**UNION PACIFIC RAILROAD COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff and Counterclaim-Defendant Union Pacific Railroad Company ("Union Pacific"), respectfully moves this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment as to Counts I and II of Union Pacific's First Amended Complaint (D.I. 47) and as to Defendant and Counterclaim-Plaintiff Randy G. Franklin's Counterclaim (D.I. 11).  The preemption of A.C.A. § 11-5-117 by the Railway Labor Act and the ICC Termination Act presents a question of law and there are no genuine issues of material fact, entitling Union Pacific to judgment as a matter of law.  The grounds supporting this Motion are more fully set forth in the attached Memorandum of Law filed contemporaneously herewith.

Union Pacific therefore respectfully requests that the Court:

1.  Grant the instant Motion;

2.  Declare that A.C.A. § 11-5-117 is preempted, as applied to Union Pacific, by the Railway Labor Act;

3.  Declare that A.C.A. § 11-5-117 is preempted, as applied to Union Pacific, by the ICC Termination Act;

LEGAL\73138532\1

4.  Enter a permanent injunction prohibiting Defendant Franklin (directly, and through any agent or attorney representing him) from initiating a legal action under Ark. Code Ann. § 16-118-115 against Union Pacific, in any state or federal forum;

5.  Dismiss with prejudice Franklin's counterclaim against Union Pacific; and

6.  Grant such further relief as may be just and proper.

Respectfully submitted,

Cynthia W. Kolb, Ark. Bar No. 2000156
ROSE LAW FIRM
120 East Fourth Street
Little Rock, AR  72201
Phone: (501) 377-0382
Fax: (501) 375-1309
ckolb@roselawfirm.com

- and -

Joseph P. Sirbak (admitted *pro hac vice*)
Robert S. Hawkins (admitted *pro hac vice*)
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA  19103
(215) 665-2000
jsirbak@cozen.com
rhawkins@cozen.com

Michael J. Mills (admitted *pro hac vice*)
Union Pacific Railroad
1400 Douglas Street
Omaha, NE  68179
(402) 544-0441
mjmills@up.com

DATED:   September 27, 2024