## Arkansas State Legislative Board

As the SMART-TD Arkansas State Safety and Legislative Director entrusted with ensuring the adherence to laws and regulations in our industry, I feel compelled to address Ms. Cates's biased interpretations in her fallacious statements.

Ms. Cates's continuous arguments regarding Union Pacific rules and policies are feeble, to say the least; neither Union Pacific nor SMART-TD can negotiate away or restrict Arkansas Law. Union Pacific and SMART-TD operate within the confines of both State and Federal law, a principle that should not be compromised. Allowing Union Pacific to supersede these laws, regardless of negotiation, would set a dangerous precedent that could significantly undermine worker rights and public safety in our industry.

Furthermore, Ms. Cates falsely states that SMART-TD has yet to challenge company policies concerning this issue. This statement could not be further from the truth. The General Assembly explicitly amended the law in question in reaction to Union Pacific's rules and policies regarding this issue. Ultimately, it protects all employees across the state. Yet, I must reiterate that the law was created to react to Union Pacific's rules and policies and their overall disregard for State Law. Therefore, this challenge occurred inside the confines of the Arkansas State Capital, where Union Pacific argued the same elements that Ms. Cates conveyed in her declaration. Unlike Ms. Cates, as the Lobbyist for SMART-TD, I participated in the proceedings and witnessed the challenge on behalf of the Organization. While Union Pacific enjoys considerably more political clout than our Organization at the state capital, their arguments mainly fell on deaf ears, and the bill passed by huge swaths with strong bipartisan support, demonstrating its validity and importance.

Ms. Cates states, "Franklin openly acknowledges that his claim seeks determination based solely on state law." I would ask Ms. Cates why the State Law specifically passed to tackle this issue is insufficient? While rail carriers are subject to Federal Law, nothing negates their obligation to follow State Laws inside the states they traverse. Every state in which Union Pacific operates has diverging rules regarding all aspects of conducting business inside each individual state. Regardless of Union Pacific's opinion, they have been and should continue to be subject to the respective laws of each state, just as every other business operating in the state. We are committed to upholding these laws to ensure fairness and safety for all.

Sincerely,

Gerald Sale
Director, Arkansas- SMART-TD