**THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. 4:22-cv-960-LPR |
| v. | ) | |
| | ) | |
| RANDY G. FRANKLIN, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

As directed in the Court's Amended Final Scheduling Order (ECF No. 41), Plaintiff Union Pacific Railroad Company ("Union Pacific") and Defendant Randy G. Franklin ("Franklin" and together with Union Pacific, the "Parties") hereby write to update the Court on the status of the case. As the present dispute between the parties involves a question of law, neither Party elected to conduct any discovery prior to the close of discovery on December 13, 2024. Currently pending before the Court are (i) Franklin's Motion for Preliminary Injunction (ECF No. 44), and Union Pacific's Motion for Summary Judgment (ECF No. 52). Both motions are fully briefed. On January 13, 2025, Union Pacific also is filing a Motion to Strike Jury Demand, which Motion is opposed by Franklin. The Parties have not conducted a settlement conference, and the likelihood of settlement is low. Should a trial of this matter be necessary, the Parties anticipate that trial would last no longer than two days.

The parties consulted with counsel for Intervenor, State of Arkansas, and Intervenor has nothing further to add.

Respectfully submitted,

Cynthia W. Kolb, Ark. Bar No. 2000156
ROSE LAW FIRM
120 East Fourth Street
Little Rock, AR 72201
Phone: (501) 377-0382
Fax: (501) 375-1309
ckolb@roselawfirm.com

- and -

Joseph P. Sirbak (admitted *pro hac vice*)
Robert S. Hawkins (admitted *pro hac vice*)
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2000
jsirbak@cozen.com
rhawkins@cozen.com

Michael J. Mills (admitted *pro hac vice*)
Union Pacific Railroad
1400 Douglas Street
Omaha, NE 68179
(402) 544-0441
mjmills@up.com

W. Whitfield Hyman Ark. Bar No: 2013237
KING LAW GROUP PLLC
300 North Sixth Street
Forth Smith, AR 72901
Phone: (479) 782-1125
Fax: (479) 316-2252
hyman@ArkansasLawKing.com