**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS CENTRAL DIVISION**

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RANDY G. FRANKLIN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. 4:22-cv-960-LPR |

**UNION PACIFIC RAILROAD COMPANY'S MOTION TO STRIKE JURY DEMAND**

As set forth more fully in the accompanying Brief, Defendant Randy G. Franklin ("Franklin") has waived any right to request a jury trial on his Counterclaim against Plaintiff Union Pacific Railroad Company ("Union Pacific") and Union Pacific therefore requests that Franklin's jury demand be stricken. Union Pacific has consulted with counsel for Franklin, who does not consent to the relief requested herein.

Respectfully submitted,

Cynthia W. Kolb (ABA # 2000156)
ROSE LAW FIRM
120 East Fourth Street
Little Rock, AR 72201
Phone: (501) 377-0382
Fax: (501) 375-1309
ckolb@roselawfirm.com

- and -

Joseph P. Sirbak, II (admitted *pro hac vice*)
Robert S. Hawkins (admitted *pro hac vice*)
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2000
jsirbak@cozen.com

rhawkins@cozen.com

Michael J. Mills (admitted *pro hac vice*)
Union Pacific Railroad
1400 Douglas Street
Omaha, NE 68179
(402) 544-0441
mjmills@up.com