**From:** Whitfield Hyman <william.hyman@gmail.com>
**Sent:** Wednesday, February 26, 2025 2:32 AM
**To:** Sirbak, Joseph
**Cc:** Heather Lyvers-Clark; agcivil@arkansasag.gov; bmurray@roselawfirm.com; brianna.mcdonough@arkansasag.gov; ckolb@RoseLawFirm.com; mjmills@up.com; Browning, Regina; Hawkins, Robert; ryan.hale@arkansasag.gov
**Subject:** Re: 4:22-cv-00960-LPR Union Pacific Railroad Company v. Franklin

**CAUTION - EXTERNAL:**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Mar 12, 2025
Tammy H. Downs, Clerk
By: HeatherLyversClark D.C.
DEP CLERK

Ms. Clark,

If the Court is considering dismissing this case for mootness we have additional plaintiffs that would like to intervene. However, I am guessing that UP does not want the case dismissed for mootness as they preemptively filed an action against Mr. Franklin to try to settle this matter for all UP employees (they can confirm or deny this assumption).

As to the Plaintiff/Counter Defendant's motion to strike jury trial demand, we assent to a bench trial on this matter.

Best,
W. Whitfield Hyman
King Law Group, PLLC
300 North 6th Street, Fort Smith, Arkansas 72901
Office Phone: 479 782-1125
Cell Phone: (479) 318-0345
Fax: 479-316-2252

On Fri, Feb 7, 2025 at 3:36 PM Sirbak, Joseph <JSirbak@cozen.com> wrote:

> Ms. Clark,
>
> On behalf of Union Pacific, Mr. Franklin is not currently an employee of Union Pacific. As noted in Paragraph 3 of the Declaration of Rebecca Cates (ECF No. 52-1), Mr. Franklin was dismissed from employment on September 12, 2024 for disciplinary infractions unrelated to the present litigation. Mr. Franklin's union has progressed a grievance appealing his dismissal to the National Railroad Adjustment Board (NRAB), where the case is docketed as NRAB-00001-250118. We anticipate that the NRAB arbitration will take place at least 6-12 months from now.
>
> Joe
>
> COZEN O'CONNOR
> **Joseph P. Sirbak, II**
> **Member | Cozen O'Connor**
> One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
> P: 215-665-4634 F: 215-701-2347
> Email | Map | cozen.com
>
> **From:** Heather Lyvers-Clark <Heather_Clark@ared.uscourts.gov>

**Sent:** Wednesday, February 5, 2025 5:41 PM
**To:** agcivil@arkansasag.gov; bmurray@roselawfirm.com; brianna.mcdonough@arkansasag.gov; ckolb@RoseLawFirm.com; Sirbak, Joseph <JSirbak@cozen.com>; mjmills@up.com; Browning, Regina <RBrowning@cozen.com>; Hawkins, Robert <rhawkins@cozen.com>; ryan.hale@arkansasag.gov; william.hyman@gmail.com
**Subject:** 4:22-cv-00960-LPR Union Pacific Railroad Company v. Franklin

****EXTERNAL SENDER****

Good Afternoon,

On page two (2) of its brief responding to Motion for Preliminary Injunction Union Pacific states that Randy Franklin has been dismissed from employment. Mr. Franklin has never disputed that point, but the Court wants to make sure that, at present, Mr. Franklin is not an employee of Union Pacific. Within three (3) days please let us know if Mr. Franklin is currently an employee of Union Pacific, as well as the status of any appeal of his dismissal. The Court wants to understand both side's positions on these questions. Email response is fine.

Thanks,
Heather

Heather Clark
Courtroom Deputy for Judge Lee P. Rudofsky
UNITED STATES DISTRICT COURT
Eastern District of Arkansas
501-604-5164
Heather_Clark@ared.uscourts.gov

***Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.***

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.