**THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS CENTRAL DIVISION**

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RANDY G. FRANKLIN,<br><br>Defendant and Counterclaim Plaintiff,<br><br>and<br><br>STATE OF ARKANSAS, ex rel. TIM GRIFFIN, ATTORNEY GENERAL,<br><br>Intervenor. | ) | C.A. 4:22-cv-960-LPR |

**JOINT MOTION TO ADJOURN TRIAL**

Plaintiff and Counterclaim Defendant Union Pacific Railroad Company ("Union Pacific") and Defendant and Counterclaim Plaintiff Randy G. Franklin ("Franklin") hereby jointly move the Court to adjourn the trial of this matter, currently scheduled for May 12, 2025, and in support thereof aver as follows.

1. At present, there are three claims before the Court: (i) Union Pacific's claim for declaratory judgment based on preemption under the ICC Termination Act (ECF No. 47), (ii) Union Pacific's claim for declaratory judgment based on preemption under the Railway Labor Act (ECF No. 47), and (iii) Franklin's counterclaim pursuant to A.C.A. 16-118-115 (ECF No. 56).

2. On August 28, 2024, the Court entered an Amended Final Scheduling Order (ECF No. 41) scheduling the case for trial during the week of May 12, 2025. The Court's Order also set deadlines for pretrial filings, including a Pretrial Disclosure Sheet due on April 11, 2025 and

Motions in Limine and Trial Briefs, with proposed findings of fact and conclusions of law, due on May 2, 2025.

3. The parties have conferred and do not believe there is any need for a trial of this matter. As Union Pacific and Franklin reported in their Joint Status Report filed on January 13, 2025 (ECF No. 71), the present issues in dispute between the parties involve questions of law. The parties know of no material facts in dispute and no party chose to conduct any discovery. Under the present circumstances, preparing for and attending trial, including satisfying the quickly-approaching pre-trial filing requirements, would result in a significant expenditure of resources by the parties and the Court without a corresponding benefit in "secur[ing] the just, speedy, and inexpensive determination" of the parties' dispute. Fed. R. Civ. P. 1.

4. Currently pending before the Court is Union Pacific's Motion for Summary Judgment (ECF No. 52), which, if granted, would dispose of all three claims in this litigation. Should the claims not be resolved through Union Pacific's pending motion, the parties jointly and respectfully request that the Court direct the parties to submit a stipulated record and any necessary supplemental briefing, in lieu of a live trial.

5. The parties have conferred with counsel for Intervenor, State of Arkansas, ex rel. Tim Griffin, Attorney General (the "State"), and the State has no objection to the relief requested herein.

6. The parties are available to participate in a conference at the Court's convenience should the Court wish to discuss the parties' proposal.

Respectfully submitted,

Cynthia W. Kolb, Ark. Bar No. 2000156
ROSE LAW FIRM
120 East Fourth Street
Little Rock, AR 72201
Phone: (501) 377-0382
Fax: (501) 375-1309
ckolb@roselawfirm.com

- and -

Joseph P. Sirbak (admitted *pro hac vice*)
Robert S. Hawkins (admitted *pro hac vice*)
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2000
jsirbak@cozen.com
rhawkins@cozen.com

Michael J. Mills (admitted *pro hac vice*)
Union Pacific Railroad
1400 Douglas Street
Omaha, NE 68179
(402) 544-0441
mjmills@up.com

*Attorneys for Plaintiff and Counterclaim Defendant, Union Pacific Railroad Company*

W. Whitfield Hyman Ark. Bar No: 2013237
KING LAW GROUP PLLC
300 North Sixth Street
Forth Smith, AR 72901
Phone: (479) 782-1125
Fax: (479) 316-2252
hyman@ArkansasLawKing.com

*Attorney for Defendant and Counterclaim Plaintiff, Randy G. Franklin*